STEPHEN KENNEDY v. AETNA LIFE & CASUALTY INSURANCE COMPANY, ET AL. AND ALLSTATE INSURANCE COMPANY.

January 20, 1987.

Petition for certification granted.   (See 213 *N.J.Super.* 137)

STATE OF NEW JERSEY v. ROBERT KASSNER.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ELOISE STOKES.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN ASHFORD.

January 20, 1987.

Petition for certification denied.